# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2232

_____

Thomas A. Braun,     *

      *

      Appellant,     *

      *    Appeal from the United States

    v.        *    District Court for the

      *    Northern District of Iowa.

Larry Best; Casey Snyder; Kevin    *

Clefisch,       *    [UNPUBLISHED]

      Appellees.     *

_____

Submitted: October 7, 1998
Filed: November 3, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Thomas A. Braun appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit with related state claims, arising from his arrest for speeding and failing to yield to an emergency vehicle. Having carefully reviewed the record and the parties' submissions, we conclude that the judgment of the district court is correct for the reasons set forth in its orders. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.